IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY RAEHEIM GRAHAM,

    Petitioner,                   No. CIV S-99-2551 LKK JFM P

    vs.

GEORGE GALAZA, Warden, et al.,

    Respondents.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 25, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. After receiving two extensions of time, petitioner has filed objections to the findings and recommendations. Respondents have filed a reply to petitioner's objections.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire

/////

1

1 file, the court finds the findings and recommendations to be supported by the record and by
2 proper analysis.
3      Accordingly, IT IS HEREBY ORDERED that:
4      1. The findings and recommendations filed January 25, 2005, are adopted in full;
5 and
6      2. Petitioner's application for a writ of habeas corpus is denied.
7 DATED: May 19, 2005.

```
                                    /s/Lawrence K. Karlton
                                    UNITED STATES DISTRICT JUDGE
```
/grah2551.805